IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PROMEGA CORPORATION,

                                                                             ORDER

           Plaintiff,

      and                                                        13-cv-119-bbc

MAX-PLANCK-GESELLSCHAFT zur
FORDERUNG der WISSENSCHAFTEN E.V.,

           Involuntary Plaintiff,

     v.

LIFE TECHNOLOGIES CORPORATION,
INVITROGEN IP HOLDINGS, INC. and
APPLIED BIOSYSTEMS, INC.,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties in this patent infringement case have filed a joint motion to stay this action pending arbitration regarding a related license agreement. Dkt. #7. I will grant the motion, but modify it to administratively close the case pending resolution of the arbitration proceedings.

ORDER

      IT IS ORDERED that the case is ADMINISTRATIVELY CLOSED pending the resolution of the arbitration proceedings related to this case. At that time, either party may

1

file a motion to reopen the case for good cause.

    Entered this 15th day of April, 2013.

                                        BY THE COURT:

                                        /s/

                                        BARBARA B. CRABB
                                        District Judge